UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL A. BACON, | Case No.  2:20-cv-00914-JAD-VCF |
| Plaintiff, | |
| v. | |
| CORE CIVIC, *et al.*, | |
| Defendants. | |
| | *and related case* |
| SHANNON K. KANE, | Case No.  2:20-cv-01037-GMN-EJY |
| Plaintiff, | |
| v. | |
| CORE CIVIC, *et al.*, | REASSIGNMENT ORDER |
| Defendants. | |

The presiding District Judges in these actions have individually and collectively determined that these actions are related as both involve allegations relating to the novel coronavirus disease ("COVID-19") pandemic and the Nevada Southern Detention Center, and that there is good cause to reassign them to one District Judge pursuant to Local Rule 42-1(b). Additionally, transfer will promote judicial efficiency and will not result in prejudice to the parties.

///

///

///

///

///

It is therefore ordered that Case No. 2:20-cv-01037-GMN-EJY is reassigned to District Judge Jennifer A. Dorsey and Magistrate Judge Cam Ferenbach, and all future pleadings must bear case number 2:20-cv-01037-JAD-VCF.

DATED THIS  23  day of June 2020.


_____                _____
GLORIA M. NAVARRO                          JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE               UNITED STATES DISTRICT JUDGE